UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ruth McNee, a/k/a Ruth Koscielak,<br><br>Plaintiff,<br><br>v.<br><br>CBS Corporation, CBS Broadcasting, Inc., d/b/a WCCO AM, Jim Gustafson, and Chuck Dickemann,<br><br>Defendants. | Court File No. 00-CV-1096 DWF/AJB<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their respective undersigned attorneys, that defendants' CBS Corporation, CBS Broadcasting, Inc. d/b/a WCCO AM, Jim Gustafson, and Chuck Dickemann's time to answer or otherwise plead in this case is extended to and including May 12, 2000.

By signing this Stipulation Plaintiff in no way waives any objection to the jurisdiction of the Federal Court.

Dated: May 5, 2000

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]

Sheila Engelmeier
Atty. Reg. No. 175250
Karen A. Janisch
Atty. Reg. No. 236573
Autumn L. Huiras
Atty. Reg. No. 277472
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
Telephone: 612/340-7951

Attorneys for Plaintiff

FILED MAY 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FAEGRE & BENSON LLP

Dated: May 5, 2000

By [signature]

David J. Goldstein
Atty. Reg. No. 175572
Kristen M. Ludgate
Atty. Reg. No. 286965
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612/336-3000

Attorneys for Defendants

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated: 5/8, 2000.

BY THE COURT:

[signature]

United States District Court Judge

M1:619741.01