UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ruth McNee a/k/a Ruth Koscielak,

Plaintiff,

vs.

CBS Corporation; CBS Broadcasting, Inc., d/b/a WCCO AM, Jim Gustafson, and Chuck Dickemann,

Defendants.

DWF/SRN
Case No. 00-CV-1096

**STIPULATION TO AMEND COMPLAINT** and ORDER

---

**WHEREAS**, on September 1, 2000, the Plaintiff brought a Motion for leave to amend the Plaintiff's Complaint; and,

**WHEREAS**, the Parties subsequently reached an agreement whereby Defendant would stipulate to a revised version of the proposed Second Amended Complaint, in the form attached hereto as Exhibit A; and,

**WHEREAS**, the Parties request the Court to enter an Order allowing the proposed amendments to Plaintiff's Complaint as referenced in the attached Exhibit A, and allowing Plaintiff to serve the Second Amended Complaint on Defendants and file it with the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the above-captioned Parties, and their Counsel, that Plaintiff may amend her Complaint as set forth in the Second Amended Complaint, attached hereto as Exhibit A, and that the Court may enter an Order allowing the amendments.

FILED SEP 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO STIPULATED:

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By______________________________

Sheila Engelmeier (#175250)
Karen A. Janisch (#236573)
Autumn L. Huiras (#277472)
Attorneys for Plaintiff
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7951

Dated: September 22, 2000

**FAEGRE & BENSON LLP**

By______________________________

David J. Goldstein (#175572)
Kristen M. Ludgate (#286965)
Corina L. Leske (#284129)
Attorneys for Defendants
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

Dated: 9/22, 2000.

**ORDER**

Based on a Stipulation To Amend the Complaint by the above-named Plaintiff and Defendants:

**IT IS HEREBY ORDERED**, that the Plaintiff is granted leave to amend her Complaint as set forth in the Second Amended Complaint, attached thereto as Exhibit A, and that she is allowed to serve her Second Amended Complaint on Defendants.

**BY THE COURT**

Dated: September 22, 2000.

Susan Richard Nelson

Honorable United States Magistrate Judge
Susan Richard Nelson

::ODMA\PCDOCS\RIDER\580767\1