**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RUTH MCNEE**
**a/k/a RUTH KOSCIELAK,**

**Civil No. 00-1096(DWF/SRN)**

**Plaintiff,**

**v.**

**O R D E R**

**CBS CORPORATION; CBS, INC., being sued as CBS CORPORATION; CBS BROADCASTING, INC. d/b/a WCCO AM; JIM GUSTAFSON; and CHUCK DICKERMANN,**

**Defendants.**

---

Karen A. Janisch, Esq., on behalf of Plaintiff.

Kristen M. Ludgate, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on February 20, 2001, on a motion by Plaintiff Ruth McNee to extend time for expert disclosures. Specifically, Plaintiff seeks an order granting Plaintiff until April 15, 2001 to disclose her experts, granting the Defendants until June 15, 2001 to disclose their experts, and mandating that expert depositions be completed by July 15,

FILED FEB 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

2001.

This Order simply memorializes the Court's ruling following oral argument. Plaintiff shall have until April 1, 2001 to disclose her experts, and Defendants shall disclose their experts by June 1, 2001. Any expert depositions shall be completed by July 1, 2001. All other deadlines contained in the pre-trial scheduling order remain in effect. As discussed during the hearing on this matter, the Court will await the parties' status reports -- by February 27, 2001 -- relative to resolution of any licensing restriction affecting production of the information subpoenaed from Arbitron. The parties are welcome to submit these reports to the Court in letter form.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) Plaintiff Ruth McNee's Motion to Extend Time for Expert Disclosures (Doc. No. 27) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff shall have until April 1, 2001 to disclose her experts; Defendants shall have until June 1, 2001 to disclose their experts; and all expert depositions

shall be completed by July 1, 2001. All other deadlines contained in the pre-trial scheduling order remain in effect.

Dated: February 20, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge