UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ruth McNee a/k/a Ruth Koscielak,

Plaintiff,

vs.

CBS Corporation; CBS Broadcasting, Inc., d/b/a WCCO AM, Jim Gustafson, and Chuck Dickemann,

Defendants.

DWF/SRN

Case No. 00-CV-1096

**STIPULATION AND REQUEST FOR ORDER AMENDING EXPERT DISCLOSURE DATES** and order

The following stipulation and request for amendment of the Pretrial Order on the following circumstances:

1. There have been ongoing issues in this litigation relating to production of Arbitron ratings information and Defendants license agreement with The Arbitron Company.

2. Following notice to The Arbitron Company, the Court issued an Order dated March16, 2001 that required Defendants to produce to Plaintiff for inspection and copying certain specified ratings documents. The Court's Order also required the parties to confer about the generation of responsive ratings documents from electronic data maintained by Defendants.

3. Pursuant to the Court's Order, on March 19, 2001, plaintiff requested that defendants generate a number of reports containing ratings information from the electronic data maintained by Defendants. On March 21, Defendants produced a CD-Rom containing Arbitron data and agreed to generate specified ratings reports. Defendants generated and produced some of these reports on March 23, 2001. Defendants anticipate that they will be able to generate and produce the remaining ratings reports on or before March 30, 2001.

4. Given the time table for receiving the ratings information, Plaintiff cannot have expert reports by April 1, 2001. Plaintiffs requested 30 days from the time they obtain complete production of the ratings information to make expert reports to allow Plaintiff's attorneys to review and organize the ratings information, prepare it for production to Plaintiff's expert(s) and obtain and produce final written expert reports.

5. Defendants do not oppose Plaintiff's requested 30 day extension, provided that the deadline for Defendants' expert disclosures is also extended by 30 days.

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

## STIPULATION

The parties request and stipulate that the Court amend the Pretrial Scheduling Order to extend the dates relating to expert disclosures as follows:

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosure of the substance of the testimony to be offered by each expert witness, shall be made as follows:

    a. By Plaintiff on or before May 1, 2001.

    b. By Defendants on or before July 1, 2001.

    c. Expert depositions shall be completed by August 1, 2001.

**RIDER, BENNETT, EGAN & ARUNDEL, L.L.P.**

By ______________________
Sheila Engelmeier (#175250)
Karen A. Janisch (#236573)
Attorneys for Plaintiff
2000 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 340-7951

DATED: March 28, 2001

**FAEGRE & BENSON L.L.P.**

By ______________________
David J. Goldstein (#175572)
Kristen M. Ludgate (#286965)
Attorneys for Defendants
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

DATED: March 28, 2001

**ORDER**

IT IS HEREBY ORDERED:

The Court's June 29, 2001 Scheduling Order as amended by the Court's February 20, 2001 Order is hereby further amended as follows:

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosure of the substance of the testimony to be offered by each expert witness, shall be made as follows:

   a. By Plaintiff on or before May, 1 2001.

   b. By Defendants on or before July 1, 2001.

   c. Expert depositions shall be completed by August 1, 2001.

BY THE COURT:

Dated: March 28, 2001

Susan Richard Nelson

Susan R. Nelson
United States Magistrate Judge