UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ruth McNee, a/k/a Ruth Koscielak,<br><br>Plaintiff,<br><br>v.<br><br>Infinity Broadcasting Corporation and Infinity Media Corporation, d/b/a WCCO AM, Jim Gustafson, and Chuck Dickemann,<br><br>Defendants. | Court File No. 00-CV-1096 DWF/SRN<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

**STIPULATION**

WHEREAS, under the Court's Pretrial Scheduling Order, all non-dispositive motions and supporting documents are to be served and filed by June 15, 2001; and

WHEREAS, under the Court's Pretrial Scheduling Order, discovery in this matter does not close until June 1, 2001; and

WHEREAS, the parties expect active discovery to continue until the June 1 deadline, have agreed to conduct certain depositions during the month of June, and anticipate that there may be unresolved discovery disputes remaining as of June 15; and

WHEREAS, the parties agree that it would be mutually beneficial to allow additional time to evaluate recent discovery responses and explore voluntary resolutions to any disputes prior to bringing a motion before the Court;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the Pretrial Scheduling Order in this matter be modified, as follows:

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Non-Dispositive Motions

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed on or before **June 29, 2001**.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: June 11, 2001

By Autumn L. Huiras

Sheila Engelmeier
Atty. Reg. No. 175250
Karen A. Janisch
Atty. Reg. No. 236573
Autumn L. Huiras
Atty. Reg. No. 277472
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
Telephone: 612/340-7951

Attorneys for Plaintiff

FAEGRE & BENSON LLP

Dated: June 12, 2001

By Kristen Ludgate

David J. Goldstein
Atty. Reg. No. 175572
Kristen M. Ludgate
Atty. Reg. No. 286965
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612/336-3000

Attorneys for Defendants

**ORDER**

Based upon the foregoing Stipulation,

IT IS SO ORDERED:

Dated: June 13, 2001.

BY THE COURT:

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

M1:754756.01