UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Ruth McNee a/k/a Ruth Koscielak,

Plaintiff,

vs.

Infinity Broadcasting Corporation and Infinity Media Corporation, d/b/a WCCO AM, Jim Gustafson, and Chuck Dickemann,

Defendants.

DWF/SRN
Case No. 00-CV-1096

**AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the following amended schedule shall govern this proceeding.

**IT IS HEREBY ORDERED:**

Discovery Plan

1. Discovery shall be commenced in time to be completed by **September 30, 2001**.

2. All pre-discovery disclosures required by Rule 26(a)(a) shall be completed on or before July 15, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By the Plaintiff on or before **October 15, 2001**.

   b. By the Defendants on or before **November 15, 2001**.

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

6. All expert witness deposition shall be completed by **December 15, 2001**.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Bev Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by September 1, 2000.

2. All other non-dispositive motions and supporting documents, including those which related to discovery, shall be served and filed on or before **October 31, 2001**, except that those non-dispositive motions relating to expert discovery shall be served and filed on or before **December 31, 2001**.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties **and heard** by **February 15, 2002**. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.) In the event that it is not possible to obtain the hearing date by February 15, 2002, the parties may address that issue to this Court.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on **May 1, 2002**, or upon resolution of any pending dispositive motions. Each party may call no more than 4 expert witnesses. Anticipated length of trial is 2 weeks.

Dated: September 6, 2001

Susan Richard Nelson

Susan R. Nelson
United States Magistrate Judge