UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ruth McNee, a/k/a Ruth Koscielak,<br><br>Plaintiff,<br><br>v.<br><br>Infinity Broadcasting Corporation and Infinity Media Corporation, d/b/a WCCO AM, Jim Gustafson, and Chuck Dickemann,<br><br>Defendants. | Court File No. 00-CV-1096 DWF/SRN<br><br>**STIPULATION AND ORDER TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER** |

**STIPULATION**

WHEREAS, under the Court's Amended Pretrial Scheduling Order, all dispositive motions are to heard by the Court by February 15, 2002; and

WHEREAS, pursuant to the Court's Amended Pretrial Scheduling Order, the parties will be conducting expert witness depositions through December 14, 2001; and

WHEREAS, the parties have agreed to the attached briefing schedule, under which briefing begins on the day expert discovery ends; and

WHEREAS, the parties understand that the earliest a hearing can be scheduled is just prior to service of the initial motion papers;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate, agree, and propose that the Amended Pretrial Scheduling Order in this matter be modified, as follows:

FILED NOV 0 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dispositive Motions

1. Dispositive motions shall be served and filed according to the following schedule:

| | | |
|---|---|---|
| a. | Moving papers served: | **December 14, 2001** |
| b. | Opposition papers served: | **January 14, 2002** |
| c. | Reply papers served and all papers filed with the Court | **January 21, 2002** |

2. Counsel for the parties shall jointly request a hearing date by calling Calendar Clerk Lowell Lindquist, (651) 848-1296, on or before **December 14, 2001**.

Dated: October 30, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Sheila Engelmeier
Atty. Reg. No. 175250
Karen A. Janisch
Atty. Reg. No. 236573
Autumn L. Huiras
Atty. Reg. No. 277472
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
Telephone: 612/340-7951

Attorneys for Plaintiff

Dated: October 29, 2001

FAEGRE & BENSON LLP

By Kristen M. Ludgate

David J. Goldstein
Atty. Reg. No. 175572
Kristen M. Ludgate
Atty. Reg. No. 286965
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612/336-3000

Attorneys for Defendants

**ORDER**

Based upon the foregoing Stipulation,

IT IS SO ORDERED:

Dated: November 1, 2001.

BY THE COURT:

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

M1:809302.01