**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ruth McNee a/k/a Ruth Koscielak,

Plaintiff,

v.

Jim Gustafson, Chuck Dickermann, Infinity Broadcasting Corporation, and Infinity Media Corporation d/b/a WCCO AM,

Defendants.

Civil No. 00-1096 (DWF/SRN)

**ORDER AND MEMORANDUM**

---

Sheila A. Engelmeier, Esq., Karen A. Janisch, Esq., and Autumn L. Huiras, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402, counsel for Plaintiff.

David J. Goldstein, Esq., Kristen M. Ludgate, Esq., and Angela M. Crandall, Esq., Faegre & Benson, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901; and Corina L. Leske, Esq., Ross & Hardies, 65 55th Street East, New York, NY 10022, counsel for Defendants.

---

This matter was previously before the Court upon Defendants' appeal of Magistrate Judge Susan Richard Nelson's order dated August 31, 2001. Specifically, Defendants appeal from the portion of Magistrate Judge Nelson's order that denies Defendants' motion to compel the production of certain documents and additional depositions. The Defendants also appeal Magistrate Judge Nelson's order of August 31, 2001. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This is an "extremely deferential standard." *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999).

FEB 2 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court, in an order filed on November 16, 2001, denied the Defendants' appeal and affirmed Magistrate Judge Nelson's order of August 31, 2001, with the modification that the Court would review, *in camera*, the documents noted therein. The documents have been provided to the Court and the Court has conducted an *in camera* review.

Based upon the Court's *in camera* review of the documents on Plaintiff's Supplemental Privilege Log numbered in these proceedings as numbers 1-12, 15-23, 47-49, and 65, the Court enters the following:

**ORDER**

1. Magistrate Judge Susan Richard Nelson's order of August 31, 2001 (Doc. No. 62), is **AFFIRMED** in all respects.

Dated: February 20, 2002

DONOVAN W. FRANK
Judge of United States District Court

**MEMORANDUM**

The Court has reviewed *in camera* the documents on Plaintiff's Supplemental Privilege Log numbered in these proceedings as numbers 1-12, 15-23, 47-49, and 65. The Court concludes that these documents are subject to the attorney-client and/or work product privileges. The record does not establish that the Plaintiff has waived the attorney-client privilege for conduct in the case.

The Court will deal with any additional evidentiary implications if and when Mr. Rosenbaum or Mr. Tilton take the witness stand. The Court acknowledges, as it did in its order of November 16, 2001, that the availability of Mr. Rosenbaum's file and Mr. Tilton's file, for use at trial, whether for

impeachment or some other evidentiary purpose, may well be an issue at trial. The Court incorporates into this memorandum its remarks from its order of November 16, 2001.

D.W.F.