(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: **00-CV-1096 DWF/SRN**

Case Title: **Ruth McNee, a/k/a Ruth Koscielak v. Infinity Broadcasting Corporation and Infinity Media Corporation, d/b/a WCCO-AM, Jim Gustafson and Chuck Dickemann**

## Affidavit of Movant

I, David J. Goldstein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac **Bettina B. Plevan**, an attorney admitted to practice in the Northern, Southern and Eastern Districts of New York, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendants **Infinity Broadcasting Corporation and Infinity Media Corporation, d/b/a WCCO-AM, Jim Gustafson and Chuck Dickemann** in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| [signature] | **175572** | November 5, 2002 |
|---|---|---|
| Signature | MN Attorney License # | Date |

## Affidavit of Proposed Admittee

I, **Bettina B. Plevan**, am currently a member in good standing of the U.S. District Court for the Northern, Southern and Eastern Districts of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| **Bettina B. Plevan** | Bettina B. Plevan | November 4, 2002 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: **NY Bar No. BP-7460**
Law Firm Name & Address: PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3912

Motion Granted: [signature] NOV 07 2002
For the Court: Richard D. Sletten, Clerk — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

M1:930788.01