**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Ruth McNee,**

**Plaintiff,**

v.

**Jim Gustafson, Chuck Dickemann, Infinity Broadcasting Corporation, and Infinity Media Corporation d/b/a WCCO AM,**

**Defendants.**

**Civil No. 00-1096 (DWF/SRN)**

**ORDER**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On November 25, 2002, the Court received a letter from the parties informing it that they have sought the assistance of a private mediator. The mediation, however, could only be scheduled for December 5, 2002, the same date on which the parties' final settlement conference with the Court is currently scheduled. As a result, the parties request that they be excused from the settlement conference in order to participate in the mediation. This request is reasonable, and will aid the parties in obtaining a just, speedy, and inexpensive resolution to the present case.

Therefore, the parties are ordered to participate in the private mediation on December 5, 2002. Accordingly, the settlement conference scheduled for that date will be cancelled. The parties are instructed to report their progress to the Court following the mediation.

Dated: November 26, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

NOV 26 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____