**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RUTH McNEE,

Plaintiff,

v.

JIM GUSTAFSON, CHUCK DICKEMANN,
INFINITY BROADCASTING CORPORATION,
INFINITY MEDIA CORPORATION dba WCCO AM,

Defendants.

Civil No. 00-1096 (DWF/SRN)

**NOTICE OF FINAL PRETRIAL**

A final pretrial is scheduled for Thursday, January 2, 2003, at 1:00 P.M. before Judge Donovan W. Frank, in Courtroom #2, 7th Floor, 316 North Robert Street, St. Paul, Minnesota. All motions *in limine* will be heard and jury selection, voir dire and trial procedure will be discussed.

Dated: December 10, 2002

RICHARD D. SLETTEN
Clerk of United States District Court

Lowell Lindquist, Deputy Clerk
651-848-1296

c: All Counsel

DEC 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK