**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ruth McNee a/k/a Ruth Koscielak,

Plaintiff,

v.

Jim Gustafson, Chuck Dickemann, Infinity Broadcasting Corporation, and Infinity Media Corporation d/b/a WCCO AM,

Defendants.

Civil No. 00-1096 (DWF/SRN)

**ORDER OF DISMISSAL**

---

Sheila A. Engelmeier, Esq., Karen A. Janisch, Esq., and Autumn L. Huiras, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402, counsel for Plaintiff.

David J. Goldstein, Esq., Angela M. Crandall, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901 and Bettina B. Plevan, Esq., Proskauer Rose, 1585 Broadway, New York, NY 10036, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 31, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed DEC 31 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______